UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61849-CIV-ZLOCH

DONALD A. YARBROUGH,

    Plaintiff,

vs.                           **FINAL ORDER OF DISMISSAL**

H & R ACCOUNTS, INC. d/b/a
PREFERRED MEDICAL DEPOSIT,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 13), filed herein by Plaintiff, Donald A. Yarbrough, and Defendant, H & R Accounts, Inc. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Dismissal With Prejudice (DE 13) filed herein by the Plaintiff, Donald A. Yarbrough, and Defendant, H & R Accounts, Inc., be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all

pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this      13th      day of January, 2010.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record